04-CV-01980-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FREDERICK J. DETORE, II,  Petitioner,  v.  UNITED STATES OF AMERICA,  Respondent. | CASE NO.  C04-1980MJP  (CR02-443MJP)  ORDER DENYING MOTION UNDER 28 U.S.C. § 2255 |

The Court, having reviewed petitioner's § 2255 motion, the Report and Recommendation of Judge Monica J. Benton, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation.

(2) *Petitioner's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Dkt. No. 1) is DENIED.*

(3) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Benton.

DATED this 9 day of May, 2005.

MARSHA J. PECHMAN
United States District Judge

ORDER DENYING § 2255 MOTION